# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

BURLEY HOWARD,

      Petitioner,

-vs-                                  Case No.  8:08-CV-495-T-30EAJ

WALTER MCNEIL, SECRETARY,
FLORIDA DEPT. OF CORRECTIONS,
et al.,

      Respondents.
_____/

## ORDER

Before the Court are Petitioner's Motion to Accept the Response in Excess of Page Limit (Dkt. 18) in which Petitioner seeks leave of court to file a reply to Respondent's response that is 50 pages in length, and Motion to Accept as Timely Filed Petitioner's Reply to Respondent's Response (Dkt. 22).[1]  Local Rule 3.01(d) (M.D. Fla. 2006) states that "[a] motion requesting leave to file either a motion in excess of twenty-five (25) pages, a response in excess of twenty (20) pages, or a reply or further memorandum shall not exceed three (3) pages, shall specify the length of the proposed filing, and shall not include, as an attachment or otherwise, the proposed motion, response, reply, or other paper."  Therefore, a motion requesting leave to file a reply may not exceed three pages, but the Local Rules do not expressly limit the length of the reply itself.

---

[1]Petitioner filed a reply 37 pages in length (See Dkt. 21).

Accordingly, the Court **ORDERS** that:

1.      Petitioner's Motion to Accept the Response in Excess of Page Limit (Dkt. 18)

    is **GRANTED**.

2.      Petitioner's Motion to Accept as Timely Filed Petitioner's Reply to

    Respondent's Response (Dkt. 22) is **GRANTED**.

    **DONE** and **ORDERED** in Tampa, Florida on May 20, 2009.


JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE


SA:sfc

Copy furnished to:
*Pro Se* Petitioner
Counsel of Record